# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2904

_____

| | | |
|---|---|---|
| George Daniel Lamb, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Tower Village Nursing Home, Inc.; | * | |
| Bethesda General Hospital; | * | **[UNPUBLISHED]** |
| Metropolitan Sewer District, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 5, 2001
Filed: September 20, 2001

_____

Before BOWMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

George Lamb appeals the district court's[1] pre-service dismissal of his 42 U.S.C. § 1983 complaint. We affirm for the reasons stated in the district court's order. See 8th Cir. R. 47B.

_____

[1]The HONORABLE DONALD J. STOHR, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.